UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PAULA REYNOLDS-EBLACAS,

    Plaintiff,

    v.

NORTHEAST CENTER ASSOCIATION, et al.,

    Defendants.

No. CV-05-215-FVS

ORDER

    **THE UNITED STATES** having filed a motion to dismiss; the plaintiff have been warned that her failure to file a response would lead to dismissal, without prejudice, of her claim(s) against the United States; and the plaintiff having failed to file a response to the United States' motion; Now, therefore

    **IT IS HEREBY ORDERED:**

    1. The United States' motion to dismiss (Ct. Rec. 10) is granted.

    2. The plaintiffs' claim(s) against the United States is/are dismissed without prejudice.

    3. This matter is remanded to Spokane County Superior Court.

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to the plaintiff and to counsel for the defendants, and close the case.

    **DATED** this __18th__ day of October, 2005.

                    s/ Fred Van Sickle
                        Fred Van Sickle
              United States District Judge

ORDER - 1